### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>   on its own behalf and on behalf of<br>   the Retirement Program of Liam Ventures, Inc.,<br><br>                        Plaintiff,<br><br>                v.<br><br>WILLIAM F. FARLEY,<br>   *et al.*<br><br>                        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08CV2529<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF PRESENTMENT OF MOTION

TO:    Bernard J. Nussbaum, Esq.
           7800 Sears Tower
           233 South Wacker Drive
           Chicago, IL  60606-6404

    PLEASE TAKE NOTICE that on **June 17, 2008 at 9:15 a.m.**, or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him at the United States Courthouse, and shall there and then present the Pension Benefit Guaranty Corporation's *Ex Parte Motion To Vacate Minute Order Expediting Pretrial Schedule*.  A copy of said Motion is attached to this Notice and is hereby served upon you in your capacity as the attorney representing each of the defendants.  THE APPENDED PROPOSED ORDER MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY NOTIFIES THE JUDGE OF AN OBJECTION.

Dated: June 11, 2008　　　　　　　　Respectfully submitted,
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　 /s/John Ginsberg
　　　　　　　　　　　　　　　　　　ISRAEL GOLDOWITZ
　　　　　　　　　　　　　　　　　　Chief Counsel
　　　　　　　　　　　　　　　　　　KAREN MORRIS
　　　　　　　　　　　　　　　　　　Deputy Chief Counsel
　　　　　　　　　　　　　　　　　　KARTAR KHALSA
　　　　　　　　　　　　　　　　　　Assistant Chief Counsel
　　　　　　　　　　　　　　　　　　JOEL RUDERMAN
　　　　　　　　　　　　　　　　　　Assistant Chief Counsel
　　　　　　　　　　　　　　　　　　FRANK ANDERSON
　　　　　　　　　　　　　　　　　　JOHN GINSBERG
　　　　　　　　　　　　　　　　　　Attorneys

　　　　　　　　　　　　　　　　　　PENSION BENEFIT GUARANTY CORPORATION
　　　　　　　　　　　　　　　　　　Office of the Chief Counsel
　　　　　　　　　　　　　　　　　　1200 K Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　Tel. No. (202) 326-4020, ext. 3712
　　　　　　　　　　　　　　　　　　Fax No. (202) 326-4112
　　　　　　　　　　　　　　　　　　E-mail: ginsberg.john@pbgc.gov and
　　　　　　　　　　　　　　　　　　efile@pbgc.gov

　　　　　　　　　　　　　　　　　　Attorneys for Pension Benefit Guaranty Corporation