UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Pension Benefit Guaranty Corporation
                                              Plaintiff,

v.                                            Case No.: 1:08−cv−02529
                                              Honorable Robert M. Dow Jr.

William F Farley, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr:On 5/23/08, the Court entered an order [4] setting this case for expedited treatment. Before the Court is Plaintiff's motion to vacate the Court's 5/23/08 Order [5]. Based on the representations of counsel in the memorandum in support of Plaintiff's motion concerning (i) the complexity of the case, (ii) the possibility of a motion to reassign another case pending in this district on relatedness grounds, and (iii) the absence of an appearance on behalf of Defendants at this stage of the case, the Court grants Plaintiff's motion and vacates the 5/23/08 Order and the deadlines set forth in that Order. This case is set for an initial status on 7/23/08 at 9:00 am. The parties are directed to meet and confer to discuss a proposed discovery plan and to file a joint status report by 7/16/08. Notice of motion date of 6/17/08 is stricken and no appearance will be necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.