**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>PENSION BENEFIT GUARANTY<br>CORPORATION, on its own behalf and on behalf<br>of the Retirement Program of Liam Ventures, Inc.,<br> v. <br>WILLIAM F. FARLEY, et al. | Case Number:<br>08CV2529 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Administrative Committee of the Retirement Program of Liam Ventures, Inc., Kevin Donegan, Sherry McCreary, Martin Pajor, Steven Seder, Todd Sluzas and David Wilson

| | |
|---|---|
| NAME (Type or print) **Sara A. Weinberg** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>        s/**Sara A. Weinberg** | |
| FIRM<br>        **JACKSON LEWIS LLP** | |
| STREET ADDRESS<br>        **320 W. OHIO, SUITE 500** | |
| CITY/STATE/ZIP<br>        **CHICAGO, IL  60654** | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **6270806** | **312-787-4949** |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **July 16, 2008**, she caused the foregoing

Appearance of Sara A. Weinberg to be filed with the Court by electronic filing protocols, and

that same will therefore be electronically served upon all attorneys of record registered with the

Court's ECF/CM system, including:


ISRAEL GOLDOWITZ
Chief Counsel
KAREN MORRIS
Deputy Chief Counsel
KARTAR KHALSA
Assistant Chief Counsel
JOEL W. RUDERMAN
Assistant Chief Counsel
FRANK ANDERSON
JOHN H. GINSBERG
CASSANDRA BURTON
Attorneys
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C.  20005

Bernard J. Nussbaum, Esquire
Richard L. Fenton, Esquire
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL  60606-6404

Carol Connor Cohen, Esquire
Nancy S. Heermans, Esquire
Valerie Webb, Esquire
ARENT FOX LLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339


Dated: July 16, 2008                    By:    /s/ Sara A. Weinberg
                                                     Sara A. Weinberg