UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Pension Benefit Guaranty Corporation<br>　　on its own behalf and on behalf of<br>　　the Retirement Program of Liam Ventures, Inc.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>William F. Farley, *et. al.*<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>)　　08CV2529<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF PRESENTMENT OF MOTION**

TO: Attached Service List

　　PLEASE TAKE NOTICE that on July 31, 2008 at 9:00 a.m., or as soon thereafter as this Motion may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him at the United States Courthouse, and there present the **Motion to Reassign Related Case.**  A copy of the Motion is attached and served on you with this Notice.  THE APPENDED PROPOSED ORDER MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS THE PARTY NOTIFIES THE JUDGE OF AN OBJECTION.

Dated: July 23, 2008  Respectfully submitted,
       Washington, D.C.

  /s/John H. Ginsberg
ISRAEL GOLDOWITZ
Chief Counsel
KAREN MORRIS
Deputy Chief Counsel
KARTAR KHALSA
Assistant Chief Counsel
JOEL W. RUDERMAN
Assistant Chief Counsel
FRANK ANDERSON
Attorney
JOHN H. GINSBERG
Attorney
PENSION BENEFIT GUARANTY
CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C.  20005
Tel. No. (202) 326-4020, ext. 3732
Fax No. (202) 326-4112
E-mail: ginsberg.john@pbgc.gov and efile@pbgc.gov

Attorneys for Pension Benefit Guaranty Corporation

## Service List

Carol Connor Cohen, Esquire
Nancy S. Heermans, Esquire
Valerie Webb, Esquire
ARENT FOX LLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

Sara A. Weinberg, Esquire
JACKSON LEWIS LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610

Bernard J. Nussbaum, Esquire
Richard L. Fenton, Esquire
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL  60606-6404