**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Pension Benefit Guaranty Corporation
                              Plaintiff,

v.                                                     Case No.: 1:08−cv−02529
                                                     Honorable Robert M. Dow Jr.

William F Farley, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 7/31/08. MOTION by Plaintiff Pension Benefit Guaranty Corporation to reassign case 08CV2699 from the calendar of Judge Marovich as related to the above−entitled case is Granted. Fact discovery to be completed by 2/21/09. Status hearing set for 11/13/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.