# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, on its own behalf and on behalf of the Retirement Program of Liam Ventures, Inc., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM F. FARLEY, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 08CV2529 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **Wednesday, August 27, 2008 at 9:15 a.m.**, we shall appear before the Honorable Robert M. Dow, Jr. or any judge sitting in his place and stead in Courtroom 1919 and shall then and there present the Agreed Upon Motion to Extend Time for Defendants to Answer or Otherwise Plead, a true and correct copy of which is attached hereto and hereby served upon you.

Dated August 21, 2008           Respectfully submitted,

/s/ Sara A. Weinberg
Sara A. Weinberg
JACKSON LEWIS LLP
320 West Ohio Street, Suite 500
Chicago, IL  60610
Tel. No. (312) 787-4949
Fax No. (312) 787-4995
E-Mail: Weinbers@jacksonlewis.com

- and -

/s/ Carol Connor Cohen
Carol Connor Cohen
Nancy S. Heermans

Valerie Webb
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
Tel. No. (202) 857-6000
Fax No. (202) 857-6395
E-mail:Cohen.carol@arentfox.com
　　　　Heermans.nancy@arentfox.com
　　　　Webb.valerie@arentfox.com

*Attorneys for Defendants Administrative Committee of the Retirement Program of Liam Ventures, Inc., Kevin Donegan, Sheryl McCreary, Martin Pajor, Steve Seder, Todd Sluzas and David Wilson*

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on **August 21, 2008**, she caused the foregoing to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

ISRAEL GOLDOWITZ
Chief Counsel
KAREN MORRIS
Deputy Chief Counsel
KARTAR KHALSA
Assistant Chief Counsel
JOEL W. RUDERMAN
Assistant Chief Counsel
FRANK ANDERSON
JOHN H. GINSBERG
CASSANDRA BURTON
Attorneys
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005

Bernard J. Nussbaum, Esquire
Richard L. Fenton, Esquire
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404

Carol Connor Cohen, Esquire
Nancy S. Heermans, Esquire
Valerie Webb, Esquire
ARENT FOX LLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339


Dated: August 21, 2008                          By:   /s/ Sara A. Weinberg
                                                                   Sara A. Weinberg