UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Pension Benefit Guaranty Corporation
                                        Plaintiff,

v.                                                      Case No.: 1:08−cv−02529
                                                          Honorable Robert M. Dow Jr.

William F Farley, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendants Todd Sluzas, David Wilson, Administrative Committee of the Retirement Program of Liam Ventures, Inc., Kevin Donegan, Sherry McCreary, Martin Pajor, Steven Seder for extension of time [31] to file answer regarding complaint is granted to and including 9/15/08. Notice of Motion date of 8/27/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.